MADDOX, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by Frank E. Maddox against the Erie Railroad Company. No opinion. Judgment and order reversed, and new trial granted, with costs to

appellant to abide event. Held that a question of fact was presented as to whether a proper inspection was made.